1  Jonah A. Grossbardt (State Bar No. 283584)
   **SRIPLAW**
2  1801 Century Park East
   Suite 1100
3  Los Angeles, CA  90067
   323.364.6565 – Telephone
4  561.404.4353 – Facsimile
   jonah.grossbardt@sriplaw.com
5
   Attorneys for Plaintiff
6  BRYAN E. GLYNN

7
                    **UNITED STATES DISTRICT COURT**
8
                    **SOUTHERN DISTRICT OF CALIFORNIA**
9

10 | BRYAN E. GLYNN,                              | CASE NO.:  3:18-cv-02629-WQH-WVG |

                         Plaintiff,
11
12 | v.                                           | **NOTICE OF SETTLEMENT** |

13 | LORD PUFFER INC. DBA LORD PUFFER TOBACCONIST, |

14                       Defendant.

15
         Plaintiff BRYAN E. GLYNN, by and through his undersigned counsel, by
16
   and through his undersigned counsel, hereby notifies the Court that the parties have
17
   reached a settlement, and requests until May 2, 2019 in which to file a Notice of
18
   Dismissal.
19
   DATED:  April 2, 2019          */s/ Jonah A. Grossbardt*
20                                JONAH A. GROSSBARDT
                                  **SRIPLAW**
21                                Attorneys for Plaintiff Bryan E. Glynn

1

**SRIPLAW**
LOS ANGELES, CALIFORNIA